AO 241 (Rev. 09/17)

**4-22CV-410-Y**

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 11 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy
1:59 pm

| United States District Court | District: Northern |
|---|---|
| Name (under which you were convicted): James Michael Defrese | Docket or Case No.: CR 13119-1 |
| Place of Confinement: Powledge Unit - TDCJ 1400 FM 3452 Palestine, Texas 75803 | Prisoner No.: 2057039 |
| Petitioner (include the name under which you were convicted) James Michael Defrese | Respondent (authorized person having custody of petitioner) v. Texas Department Of Criminal Justice |
| The Attorney General of the State of: Texas, Ken Paxton | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

    355th Judicial District of Hood County

    (b) Criminal docket or case number (if you know): CR 13119

2. (a) Date of the judgment of conviction (if you know): March 22, 2016

    (b) Date of sentencing: March 22, 2016

3. Length of sentence: 8 years

4. In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case:

    Theft of property, < $1500 with 2 or more priors

6. (a) What was your plea? (Check one)

    ☐ (1) Not guilty       ☐ (3) Nolo contendere (no contest)
    ☒ (2) Guilty           ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?  N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury   ☒ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☒ Yes   ☐ No

8. Did you appeal from the judgment of conviction?

☐ Yes   ☒ No

9. If you did appeal, answer the following:

(a) Name of court:  N/A

(b) Docket or case number (if you know):  N/A

(c) Result:  N/A

(d) Date of result (if you know):  N/A

(e) Citation to the case (if you know):  N/A

(f) Grounds raised:  N/A

(g) Did you seek further review by a higher state court?   ☐ Yes   ☒ No

If yes, answer the following:

(1) Name of court:  N/A

(2) Docket or case number (if you know):  N/A

(3) Result:  N/A

AO 241 (Rev. 09/17)

   (4) Date of result (if you know): N/A

   (5) Citation to the case (if you know): N/A

   (6) Grounds raised: N/A

  (h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☒ No

   If yes, answer the following:

   (1) Docket or case number (if you know): N/A

   (2) Result: N/A

   (3) Date of result (if you know): N/A

   (4) Citation to the case (if you know): N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☒ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: Texas Court of Criminal Appeals

   (2) Docket or case number (if you know): CR 13119-1

   (3) Date of filing (if you know): January 2022

   (4) Nature of the proceeding: (11.07) Habeas Corpus

   (5) Grounds raised: The Board and the Pardons and Paroles Division violated Applicants Due Process rights by not providning the Due Process requirements mandated by the Supreme Court of the United States in violation of the Fifth and Fourteenth Amendments.

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes  ☒ No

   (7) Result: Denied without written order.

AO 241 (Rev. 09/17)

      (8) Date of result (if you know): April 13, 2022

  (b) If you filed any second petition, application, or motion, give the same information:

      (1) Name of court: N/A

      (2) Docket or case number (if you know): N/A

      (3) Date of filing (if you know): N/A

      (4) Nature of the proceeding: N/A

      (5) Grounds raised: N/A

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes   ☒ No

      (7) Result: N/A

      (8) Date of result (if you know): N/A

  (c) If you filed any third petition, application, or motion, give the same information:

      (1) Name of court: N/A

      (2) Docket or case number (if you know): N/A

      (3) Date of filing (if you know): N/A

      (4) Nature of the proceeding: N/A

      (5) Grounds raised: N/A

AO 241 (Rev. 09/17)

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes    ☒ No

      (7) Result:  N/A

      (8) Date of result (if you know): N/A

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

      (1) First petition:    ☐ Yes    ☒ No

      (2) Second petition:  ☐ Yes    ☐ No

      (3) Third petition:   ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Court of Criminal Appeals is the highest court with jurisiciton in this matter.

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

    **CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** The Board and the Pardons and Paroles Division failed to provide the Due Process mandated by the U.S. Supreme Court.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On 11/22/21 Petitioner was reviewed for Discretionary Mandatory Supervision. Notice failed to provide what violations Applicant violated and what evidence would be used against him. He was denied rehabilitation and was found to be a Public threat without any evaluations or holding a hearing on this issue.

(b) If you did not exhaust your state remedies on Ground One, explain why:  N/A

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: 11.07 State Habeas Corpus

Name and location of the court where the motion or petition was filed: 355th Judicial District Court of Hood County, Texas

Docket or case number (if you know): CR 113119-1

Date of the court's decision: April 13, 2022

Result (attach a copy of the court's opinion or order, if available): Denied without written order by the Texas Court of Criminal Appeals

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☒ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

This Court is the appeal of these grounds.

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:   N/A

**GROUND TWO:**   N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) If you did not exhaust your state remedies on Ground Two, explain why:

N/A

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   xx☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   N/A

Name and location of the court where the motion or petition was filed:   N/A

Docket or case number (if you know):   N/A

AO 241 (Rev. 09/17)

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  XXX No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  XXX No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  XXX No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: N/A

**GROUND THREE:** N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: N/A

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   N/A

Name and location of the court where the motion or petition was filed:   N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):   N/A

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☒ No
(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   N/A

Docket or case number (if you know):   N/A

Date of the court's decision:   N/A

Result (attach a copy of the court's opinion or order, if available):   N/A

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:   N/A

**GROUND FOUR:**   N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b) If you did not exhaust your state remedies on Ground Four, explain why:   N/A

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ❏ Yes   ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:   N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   N/A

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒ Yes ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: N/A

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

   N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☒ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. N/A

AO 241 (Rev. 09/17)

 (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: To find that the Board and Pardons and Parole Division failed to provide the Due Process due to the petitioner.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ⋆ 5-9-2022 (month, date, year).

Executed (signed) on ⋆ 5-9-2022 (date).

⋆ *James Defrese*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

US POSTAGE PITNEY BOWES

ZIP 78701 $ 000.31⁸
02 4W
0000376979 APR 14 2022

4/13/2022
**DEFRESE, JAMES MICHAEL AKA DEFRESE, JAMES**   Tr. Ct. No. CR13119-1
**WR-93,568-01**

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing and on the Court's independent review of the record.

Deana Williamson, Clerk



JAMES MICHAEL
DEFRESE
POWLEDGE UNIT - TDC # 2057039
1400 FM 3452
PALESTINE, TX 75803






Legal Mail

United States District Court
Attn: Clerk of the Court
501 W. 10th Street, Rm 310
Fort Worth, Texas 76102-3673




PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION